# Fourth Department, November, 1975

## (November 6, 1975)

■ Paul W. Thornton, Individually and as Parent and Natural Guardian of Ronald Thornton, Appellant, v Niagara Wheatfield School District et al., Respondents. (Appeal No. 1.)—Appeal unanimously dismissed as moot in view of determination in *Thornton v Niagara Wheatfield School Dist.* (50 AD2d 707). (Appeal from judgment of Niagara Supreme Court in negligence action.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.

■ Paul W. Thornton, Individually and as Parent and Natural Guardian of Ronald Thornton, Appellant, v Niagara Wheatfield School District et al., Respondents. (Appeal No. 2.)—Order unanimously modified to grant a new trial solely on the issue of damages and as modified affirmed, without costs. Memorandum: Infant plaintiff appeals from order of trial term granting a new trial in a personal injury action unless defendants stipulate to increase the damages awarded by the jury from $16,000 to $30,000. The defendant stipulated to increase the verdict to $30,000 which the court approved. However plaintiff, deeming the $30,000 inadequate, has appealed from that order. In view of plaintiff's refusal to accept the $30,000, as evidenced by this appeal, a new trial should be had in which the proof should be limited solely to the question of damages. (Appeal from order of

Niagara Supreme Court in negligence action.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.